E-FILED 07-07-11
LINK TO DOC. # 10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STERN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.; LI XUEMEI; KIU KEVIN JIANG; WU SHILANG; MICHAEL ASKEW; SU YANG; RUXIANG NIU; and ZHANG HONGFENG,<br><br>  Defendants.<br><br>[caption continues on next page] | Case No. 11-CV-02768-PSG (SSx) ✔<br><br><u>CLASS ACTION</u><br><br><u>[~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995</u><br><br>DATE:     July 11, 2011<br>TIME:     1:30 p.m.<br>CTRM:   880, Los Angeles-Roybal<br>JUDGE:  Philip S. Gutierrez |

#124077

| | | |
|---|---|---|
| 1 | COLONEL NUNZIO MARABELLA, Individually and on Behalf of All Others Similarly Situated, | Case No.: 11-cv-03390 PSG (SSx) |
| | Plaintiff, | |
| | vs. | |
| | CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.; LI XUEMEI; WU SHILANG; KUI JIAN; MICHAEL ASKEW; ZHANG HONGFENGL SU YANG; WESTPARK CAPITAL, INC.; and RODMAN AND RENSHAW, LLC, | |
| | Defendants. | |

Pursuant to the Stipulation of the two lead plaintiff applicants on file herein, it is **HEREBY ORDERED** that Perritt Emerging Opportunities Fund, and Universal Invest Quality SICAV, Acerco SA, and Antoine de Sejournet (collectively, the de Sejournet Funds") are appointed Co-Lead Plaintiffs pursuant to 15 U.S.C. §§77z-1(a)(3)(B)(i) and 15 U.S.C. §78u-4a(3)(B)(i).

It is further **HEREBY ORDERED** that Gold Bennett Cera & Sidener LLP and the Rosen Law Firm P.A. are appointed Co-Lead Counsel pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v).

It is further **HEREBY ORDERED** that the actions captioned above are consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and that this litigation shall henceforth be captioned "*In re China Intelligent Lighting and Electronics, Inc. Securities Litigation*," and shall be maintained under Master File No. 2:11-cv-02768 PSG (SSx).

#124077

-1-

It is further **HEREBY ORDERED** that Lead Plaintiffs shall file a consolidated amended complaint within sixty (60) days of the date of this Order.

**IT IS SO ORDERED**.

Dated: ___7/7_____, 2011

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez
United States District Judge

#124077

-2-