DONGELL LAWRENCE FINNEY LLP
MATTHEW CLARK BURES (SBN 143361)          E-FILED 07/28/11
mbures@dlflawyers.com
BENJAMIN L. CAPLAN (SBN 265179)
bcaplan@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Tel.: (213) 943-6100 / Fax: (213) 943-6101

WILK AUSLANDER LLP
JAY S. AUSLANDER (Applying for *Pro Hac Vice*)
Jauslander@wilkauslander.com
NATALIE SHKOLNIK (Applying for *Pro Hac Vice*)
nshkolnik@wilkauslander.com
JOSEPH ZELMANOVITZ, Of Counsel (Applying for *Pro Hac Vice*)
Jzelmanovitz@wilkauslander.com
JULIE CILIA (Applying for *Pro Hac Vice*)
jcilia@wilkauslander.com
675 Third Avenue, 9th Floor
New York, NY 10017-5704
Tel.: (212) 421-2233 / Fax: (212) 752-6380

Attorneys for Defendants
WESTPARK CAPITAL, INC. and
RODMAN & RENSHAW, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re China Intelligent Lighting and Electronics, Inc. Securities Litigation | Case No.: 2:11-cv-02768-PSG (SSx) |
| | **CLASS ACTION** |
| MICHAEL STERN, Individually and on Behalf of All Others Similarly Situated, | **PHILIP S. GUTIERREZ** **U.S. DISTRICT JUDGE** |
| Plaintiff, | **[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC., LI | |

1

XUEMEI, KIU KEVIN JIANG, WU
SHILANG, MICHAEL ASKEW, SU
YANG, RUXIANG NIU, ZHANG
HONGFENG, WESTPARK CAPITAL,
INC., AND RODMAN & RENSHAW,
LLC,

                   Defendants.

Pursuant to the Stipulation entered into by Perritt Emerging Opportunities Fund, and Universal Invest Quality SICAV, Acerco SA, and Antoine de Sejournet ("Plaintiffs") and Defendants Rodman & Renshaw, LLC and WestPark Capital, Inc., ("Defendants"), through their respective counsel, pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the Central District of California,

**IT IS ORDERED** that:

1.  Defendants shall have no obligation to file any response to the Complaint;

2.  The deadline for Defendants to answer, move to dismiss, or otherwise respond to Plaintiffs' Consolidated Complaint shall be extended to forty-five (45) days after the date that the Consolidated Complaint is filed.

3.  Should Defendants move to dismiss the Complaint, the deadline for Plaintiffs to oppose Defendants' Motion to Dismiss shall be extended to forty-five (45) days after the date on which Defendants' Motion to Dismiss is filed.

4.  The deadline for Defendants to Reply to Plaintiffs' Opposition shall be extended to thirty (30) days after the date on which Plaintiffs' Opposition is filed.

Dated: _____07/28_____, 2011

                              PHILIP S. GUTIERREZ
                              The Honorable Philip S. Gutierrez
                              United States District Court Judge

[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Respectfully Submitted by:

DONGELL LAWRENCE FINNEY LLP

By: _/s/ Matthew Clark Bures_____
Matthew Clark Bures, Esq.
mbures@dlflawyers.com
Benjamin L. Caplan, Esq.
bcaplan@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, California 90017

　　　-and-

WILK AUSLANDER LLP

By: _/s/ Jay S. Auslander_____
Jay S. Auslander, (Applying for *Pro Hac Vice*)
Jauslander@wilkauslander.com
Natalie Shkolnik, (Applying for *Pro Hac Vice*)
nshkolnik@wilkauslander.com
Joseph Zelmanovitz, Of Counsel
(Applying for *Pro Hac Vice*)
Jzelmanovitz@wilkauslander.com
Julie Cilia, (Applying for *Pro Hac Vice*)
jcilia@wilkauslander.com
675 Third Avenue, 9th Floor
New York, New York 10017-5704

*Attorneys for Defendants*
WESTPARK CAPITAL, INC. and
RODMAN & RENSHAW, LLC

　　　-and-

THE ROSEN LAW FIRM, P.A.

By: ____/s/_____ _
Laurence M. Rosen, Esq.
lrosen@rosenlegal.com
333 South Grand Ave., 25th Floor
Los Angeles, California 90071

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-and-

GOLD BENNETT CERA & SIDENER LLP

By: */s/Solomon B. Cera*
Solomon B. Cera, Esq.
scera@gbcslaw.com
Thomas C. Bright, Esq.
tbright@gbcslaw.com
595 Market Street, Suite 2300
San Francisco, California 94105

*Co-Lead Counsel for Lead Plaintiffs*

---

4

[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT