Name & Address:
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2405
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re China Intelligent Lighting And Electronics, Inc. Securities Litigaiton (see attached),<br><br>PLAINTIFF(S)<br>v.<br>(see attached)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:11-CV-02768-PSG (SSX)<br><br><br>SUMMONS |

TO:   DEFENDANT(S): see attached

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __Consolidated__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Laurence M. Rosen__, whose address is __355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __SEP - 6 2011__          By: _____
                                     Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

## PARTIES

**PLAINTIFFS:**

Perritt Emerging Opportunities Fund, Universal Invest Quality SICAV, Acerco SA, and Antoine de Sejournet, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

**DEFENDANTS:**

China Intelligent Lighting and Electronics, Inc; Li Xuemei; Kui Jiang; Wu Shiliang; Michael Askew; Su Yang; Zhang Hongfeng; Westpark Capital, Inc; Richard A. Rappaport; Anthony C. Pintsopoulos; Rodman & Renshaw LLC; John Borer; Edward Rubin; David Horin; MaloneBailey LLP; and Kempisty & Company, P.C..