| | |
|---|---|
| TIMOTHY A. HORTON (SBN 205414)<br>thorton@mckennalong.com<br>MCKENNA LONG & ALDRIDGE LLP<br>4435 Eastgate Mall, Suite 400<br>San Diego, CA 92121<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br><br>Attorneys for Defendant<br>CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. | E-FILED 09/29/11 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re China Intelligent Lighting and Electronics, Inc. Securities Litigation. | CASE NO. 2:11-CV-02768-PSG (SSX)<br>**CLASS ACTION** |
| MICHAEL STERN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC., LI XUEMEI, KIU KEVIN JIANG, WU SHILANG, MICHAEL ASKEW, SU YANG, RUXIANG NIU, ZHANG HONGFENG, WESTPARK CAPITAL, INC., AND RODMAN & RENSHAW, LLC,<br><br>Defendants. | U.S. District Judge:<br>Hon. Philip S. Gutierrez<br><br>[~~PROPOSED~~] **ORDER SETTING ASIDE ENTRY OF DEFAULT AND ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

Pursuant to the Stipulation entered into by Perritt Emerging Opportunities Fund, and Universal Invest Quality SICAV, Acerco SA, and Antoine de Sejournet ("Plaintiffs") and Defendant China Intelligent Lighting And Electronics, Inc. ("Defendant"), through their respective counsel, pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the Central District of California,

**IT IS ORDERED** that:

1. The default against Defendant shall be set aside;

2. The deadline for Defendant to answer, move to dismiss, or otherwise respond to Plaintiffs' Consolidated Complaint shall be extended to forth-five (45) days after the date that the Consolidated Complaint was filed, up to Friday, October 21, 2011;

3. Should Defendant move to dismiss the Complaint, the deadline for Plaintiffs to oppose Defendant's Motion to Dismiss shall be extended to forty-five (45) days after the date on which Defendant's Motion to Dismiss is filed; and

4. The deadline for Defendant to Reply to Plaintiffs' Opposition shall be extended to thirty (30) days after the date on which Plaintiffs' Opposition is filed.

Dated: 9/29 , 2011

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez
United States District Court Judge

SD:22247021.1