1  TIMOTHY A. HORTON (SBN 205414)
   thorton@mckennalong.com
2  PETER Z. STOCKBURGER (SBN 265750)
   pstockburger@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   4435 Eastgate Mall, Suite 400
4  San Diego, CA 92121
   Telephone:  (619) 595-8018
5  Facsimile:  (619) 595-5450

6  Attorneys for Defendant
   CHINA INTELLIGENT LIGHTING AND
7  ELECTRONICS, INC.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11                                    CASE NO.: 2:11-CV-02768-PSG (SSX)

12  IN RE CHINA INTELLIGENT            **CLASS ACTION**
    LIGHTING AND ELECTRONICS,
13  INC. SECURITIES LITIGATION.        **DEFENDANT CHINA
                                       INTELLIGENT LIGHTING AND
14                                     ELECTRONICS, INC.'S NOTICE OF
                                       MOTION AND MOTION TO
15                                     DISMISS PLAINTIFFS'
                                       COMPLAINT**
16
                                       Date:       **January 23, 2012**
17                                     Time:       **1:30 p.m.**
                                       Courtroom:  **880**
18                                     Judge:      **Hon. Philip S. Gutierrez**

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law

# NOTICE OF MOTION AND MOTION

## TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on January 23, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 880 – Roybal of the above-captioned Court, located at 255 East Temple Street in Los Angeles, California, Defendant China Intelligent Lighting and Electronics, Inc. ("CIL") will and hereby does move to dismiss Plaintiffs Perritt Emerging Opportunities Fund ("Perritt"), Universal Invest Quality SICAV ("Universal"), Acerco SA ("Acerco"), and Antoine de Sejournet's ("Sejournet") (collectively "Plaintiffs") Class Action Consolidated Complaint for Violations of Federal Securities Laws ("Complaint") pursuant to Rules 8(a)(2), 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") for lack of standing and failure to state a claim under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 ("Securities Act").

Plaintiffs' claims are predicated upon the allegation that CIL filed offering documents which included financial statements for the fiscal years ending December 31, 2008 and 2009 which were false when made.  Plaintiffs' claims should be dismissed for two reasons:

- Plaintiffs Universal, Acerco and Sejournet lack standing because they purchased CIL common stock *before* the 2010 initial public offering of common stock and the effective date of the challenged offering documents; and

- Plaintiffs fail to allege facts sufficient to state a cause of action under Sections 11, 12(a)(2) and 15 of the Securities Act because the Complaint relies upon speculation and unfounded deductions instead of facts sufficient to actually identify any material misstatement in the challenged offering documents; and Plaintiffs' allegation of fraud is unsupported by the particularized facts as required by FRCP Rule 9(b).

McKenna Long &
Aldridge LLP
Attorneys At Law

- 1 -

1       This motion is made following the conference of counsel pursuant to L.R. 7-

2   3 which took place on October 20, 2011, the day immediately following the

3   availability and service of the Court's order setting CIL's response date.

4       This motion is supported by this Notice of Motion and Motion, the

5   Memorandum of Points and Authorities, attached herein, the Declaration of Peter Z.

6   Stockburger, attached herein, the Request for Judicial Notice and exhibits thereto,

7   filed concurrently herein, the pleadings on file with the Court, and all evidence

8   presented before or at the hearing on this motion to dismiss.

9

10   Dated:  November 3, 2011        Respectfully Submitted,

11                     MCKENNA LONG & ALDRIDGE LLP

12

13                     By: /s/Timothy A. Horton
                     thorton@mckennalong.com

14                     Attorneys for Defendant

15                     CHINA INTELLIGENT LIGHTING
                    AND ELECTRONICS, INC.

16

17

18   SD:22248131.3

19

20

21

22

23

24

25

26

27

28