Michael J. Niborski, Esq. (SBN 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067-2302
Phone: (310) 556-9608 / Fax: (310) 556-9670
mniborski@pryorcashman.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STERN<br>Plaintiff(s)<br>v.<br>CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC., et al.<br>Defendant(s). | CASE NUMBER<br>CV 11-02768 PSG (SSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

The Court, having reviewed the accompanying Application of __Lisa M. Buckley__,
                                                       Applicants Name

of __Pryor Cashman LLP   7 Times Square   New York, NY   10036-6569__
                              Firm Name / Address

__(212) 326-0483__                                        __lbuckley@pryorcashman.com__
Telephone Number                                            E-mail Address

for permission to appear and participate in the above-entitled action on behalf of [ ] Plaintiff **[X] Defendants**

__MaloneBailey, LLP__

and the designation of __Michael J. Niborski, Esq. (SBN 192111)__
                        Local Counsel Designee / State Bar Number

of __Pryor Cashman LLP   1801 Century Park East   24th Floor   Los Angeles, CA 90067__
                              Local Counsel Firm / Address

__(310) 556-9608__                                        __mniborski@pryorcashman.com__
Telephone Number                                            E-mail Address

as local counsel, hereby **ORDERS** the Application be:

   x –GRANTED

   ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated __December 23, 2011__                        **PHILIP S. GUTIERREZ**
                                                    United States District Judge