# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 11-2768-PSG (SSx) | Date: | January 19, 2012 |
| Title: | MICHAEL STERN -VS- CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC., ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Not Present

Attorneys Present for Defendants:  
Not Present

Proceedings (In Chambers):

DEFENDANT CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT
FILED 10-24-11 (DOC. 57)

DEFENDANTS' AMENDED MOTION TO DISMISS LEAD PLAINTIFFS' CONSOLIDATED COMPLAINT
FILED 10-24-11 (DOC. 60)

DEFENDANT CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.'S JOINDER TO CO-DEFENDANTS' MOTIONS TO DISMISS
FILED 10-27-11 (DOC. 72)

DEFENDANT MALONEBAILEY, LLP.'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT
FILED 10-27-11 (DOC. 73)

DEFENDANT CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT
FILED 11-03-11 (DOC. 76); REQ FOR JUDICIAL NOTICE (DOC. 77)

LEAD PLAINTIFFS AND ALL OTHERS SIMILARLY SITUATED MOTION TO 1) TO EFFECT SERVICE ON THE INDIVIDUAL DEFENDANTS BY SERVING CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.'S REGISTERED AGENT OR COUNSEL; OR 2) IN THE ALTERNATIVE TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY SO THAT PLAINTIFFS MAY OBTAIN CURRENT INFORMATION TO SERVE INDIVIDUAL DEFENDANTS WITH THE SUMMONS AND COMPLAINT
FILED 11-16-11 (DOC. 84)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 11-2768-PSG (SSx) | Date: | January 19, 2012 |
|---|---|---|---|
| Title: | MICHAEL STERN -VS- CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC., ET AL. | | |

Counsel are advised that the above-referenced motion(s) set for hearing on **January 23, 2012** are taken **Under Submission** and off calendar. Accordingly, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

|  | --- | : | ---- |
|---|---|---|---|
| | Initials of Preparer | | wkh |