E-FILED: 04-16-2012

**DENIED BY ORDER OF THE COURT.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-cv-02768-PSG (SSx)<br><br>CLASS ACTION<br><br>[**PROPOSED**] ORDER ~~GRANTING~~ WILK AUSLANDER'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME<br><br>HON. PHILIP S. GUTIERREZ |

Having considered the ex parte application of Wilk Auslander, for order shortening time on Wilk Auslander's Motion for Order Granting Leave to Withdraw as Counsel of Record for Defendants Westpark Capital, Inc., Richard A. Rappaport, and Anthony C. Pintsopoulos, and the papers in support and opposition thereto, this Court has found good cause and GRANTS the motion.

IT IS HEREBY ORDERED THAT:

1. Wilk Auslander's Motion for Order Granting Leave to Withdraw as Counsel of Record for Defendants Westpark Capital, Inc., Richard A.

1  Rappaport, and Anthony C. Pintsopoulos shall be heard on shortened time on
2  _____, 2012.
3
4          SO ORDERED.
5
6  Dated: _April 16, 2012_____          _____DENIED_____
7                                             The Honorable Philip S. Gutierrez
                                               United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DECLARATION OF PAULINE S. KIM, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME

PROOF OF SERVICE

ECF/PACER FILE AND SERVE

I, Matthew Clark Bures, declare:

1. I am over the age of 18 years and am not a party to the within action. I am a partner at Dongell Lawrence Finney LLP in the City of Los Angeles, State of California.

2. My business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

3. On April 11, 2012, I served a copy of the foregoing document, titled: **[PROPOSED] ORDER GRANTING WILK AUSLANDER'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME**, by:

[ X ] Filing and serving directly through ECF/Pacer at the USDC-Central District of California (Central Division) website at: website at: https://ecf.cacd.uscourts.gov at approximately 3:45 p.m. PST.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on April 11, 2012, at Los Angeles, California.

By: */s/ Matthew Clark Bures*
_____
Matthew Clark Bures, Esq.

DECLARATION OF PAULINE S. KIM, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME

**PROOF OF SERVICE - CCP §§ 1013a, 2015.5**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

On April 11, 2012, I served the foregoing document(s) described as follows:

**[PROPOSED] ORDER GRANTING WILK AUSLANDER'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

By serving the following parties:

| | |
|---|---|
| Anthony C. Pintsopoulos | Richard A. Rappaport |
| WestPark Capital, Inc. | WestPark Capital, Inc. |
| 1900 Avenue of the Stars, Suite 310 | 1900 Avenue of the Stars, Suite 310 |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| Telephone: (310) 843-9300 | Telephone: (310) 843-9300 |

WestPark Capital, Inc.
1900 Avenue of the Stars, Suite 310
Los Angeles, CA 90067
Telephone: (310) 843-9300

[ X ]  **BY PERSONAL SERVICE**  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ X ]  **FEDERAL**:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on April 11, 2012, at Los Angeles, California.

By: */s/ Matthew Clark Bures*
_____
Matthew Clark Bures

DECLARATION OF PAULINE S. KIM, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME