E-FILED 12/27/12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION. | CASE NO. 2:11-CV-02768-PSG (SSX) <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. A 15 DAY EXTENSION TO RESPOND TO CROSS-CLAIM** |

1  Having considered the stipulation between Defendant and Cross-Defendant
2  China Intelligent Lighting and Electronics, Inc. ("CIL") and Defendants and Cross-
3  Complainants WestPark Capital, Inc. and Richard A. Rappaport ("WestPark
4  Defendants") regarding CIL's deadline to file responsive pleadings to WestPark
5  Defendants' Cross-Claim and for good cause appearing therefor:

6  **IT IS HEREBY ORDERED THAT**:

7  The Stipulation is GRANTED.  CIL is granted a fifteen (15) day extension to
8  file responsive pleadings to WestPark Defendants' Cross-Claim.  CIL's deadline to
9  file responsive pleadings to WestPark Defendants' Cross-Claim is now January 8,
10 2013.

12 Dated: 12/27/12

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
Judge, U.S. District Court

SD:22272171.1

- 1 -