E-FILED 06/24/13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-CV-02768-PSG (SSx)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO CONTINUE HEARING DATE ON DEFENDANT MALONEBAILEY'S 12(b)(6) MOTION TO DISMISS CROSS-CLAIM OF DEFENDANTS WESTPARK CAPITAL, INC. AND RICHARD A. RAPPAPORT |
| WESTPARK CAPITAL, INC., and RICHARD A. RAPPAPORT,<br><br>Cross-Claimants,<br><br>v.<br><br>MALONEBAILEY, LLP, KEMPISTY & COMPANY, P.C, and CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.,<br><br>Cross-Defendants. | |

1  Pursuant to the Stipulation to Continue Hearing Date on Defendant
2  MaloneBailey's 12(b)(6) Motion to Dismiss Cross-Claim of Defendants WestPark
3  Capital, Inc. and Richard A. Rappaport entered into by Defendants WestPark
4  Capital, Inc. and Richard A. Rappaport (the "WestPark Defendants") and
5  Defendant MaloneBailey LLP ("MaloneBailey") through their respective counsel,
6  **IT IS HEREBY ORDERED THAT:**
7  The hearing on MaloneBailey's 12(b)(6) Motion to Dismiss Cross-Claim of
8  Defendants WestPark Capital, Inc. and Richard A. Rappaport, originally set for
9  hearing on July 22, 2013 at 1:30 p.m., is continued until August 5, 2013 at 1:30
10 p.m.

Dated: 6/24/13

**PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE HEARING DATE ON
MALONEBAILEY LLP'S 12(B)(6) MOTION TO DISMISS CROSS-CLAIM OF DEFENDANTS
WESTEPARK CAPITAL, INC. AND RICHARD A. RAPPAPORT