E-FILED 08/19/13

1  Julie E. Kamps (SBN 282536)
   jkamps@wpcfs.com
2  1900 Avenue of the Stars, Suite 310
   Los Angeles, CA 90067
3  Telephone: 310.203.2942
   Facsimile: 310.843.9389
4  *Attorney for Defendants and Cross-Claimants*
   *WestPark Capital, Inc. and Richard A. Rappaport*

5  Patricia Ann Golson (SBN 196513)
   patricia.golson@wilsonelser.com
6  Jennifer Moon (SBN 186201
   Jennifer.moon@wilsonelser.com
7  Wilson, Elser, Moskowitz, Edelman & Dicker LLP
   555 S. Flower Street, Suite 2900
8  Los Angeles, CA 90071
   Tel: (213) 443-5100
9  Fax: (213) 443-5101
   *Attorneys for Defendants and Cross-Defendants*
10 *MaloneBailey LLP and Kempisty & Company, P.C.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-CV-02768-PSG (SSx) <br><br> <u>CLASS ACTION</u> <br><br> [P~~ROPOSED~~] ORDER FOR JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CROSS-CLAIMS AGAINST CO-DEFENDANTS MALONEBAILEY LLP AND KEMPISTY & COMPANY, P.C. <br><br> Hon. Philip Gutierrez |

1 | [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation, the Cross-Claims against Cross-Defendants MaloneBailey LLP and Kempisty & Company, P.C. ("Cross-Defendants"), for state law equitable indemnity and/or federal law contribution, negligent misrepresentation, in the alternative, fraudulent misrepresentation, and fraud, brought by defendants and cross-claimants WestPark Capital, Inc. ("WestPark") and Richard A. Rappaport ("Rappaport") (collectively, "Cross-Claimants") ARE HEREBY DISMISSED WITHOUT PREJUDICE.

8/19/13          **PHILIP S. GUTIERREZ**

UNITED STATES DISTRICT JUDGE