GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (SBN 99467)
Thomas C. Bright (SBN 169713)
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
scera@gbcslaw.com
tbright@gbcslaw.com

-and-

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
lrosen@rosenlegal.com

Attorneys for Lead Plaintiffs
and All Others Similarly Situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-cv-02768-PSG (SSx) <br><br> **LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BETWEEN LEAD PLAINTIFFS AND DEFENDANTS (A) MALONEBAILEY LLP, (B) WESTPARK CAPITAL, INC. AND RICHARD A. RAPPAPORT, AND (C) KEMPISTY & COMPANY, P.C., AND (II) APPROVAL OF NOTICE TO THE CLASS** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hearing Date: September 8, 2014 <br> Time: 1:30 p.m. <br> Courtroom: 880 |

LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT – Case No.:2:11-cv-02768-PSG (SSx)

PLEASE TAKE NOTICE that on September 8, 2014 at 1:30 p.m. before the Honorable Philip S. Gutierrez in Courtroom 880, United States District Court for the Central District of California, Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, 90012, Lead Plaintiffs Perritt Emerging Opportunities Fund, Acerco SA, and Antoine de Sejournet (collectively, "Lead Plaintiffs") will, and do, move this Court, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), 23(e), and 23(g), for entry of an Order (i) preliminarily approving the proposed settlement between Lead Plaintiffs and defendants MaloneBailey LLP; WestPark Capital, Inc. and Richard Rappaport; and Kempisty & Company, P.C., reflected in the Stipulations and Agreements of Settlement attached hereto as Exhibits 1-3; (ii) approving the form and manner of giving notice of the proposed Settlement to members of the Class, in substantially the same form as the Notice of Proposed Settlement of Class Action; and (iii) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. The Settling Defendants do not oppose the relief requested by this motion.

In support of this motion, Lead Plaintiffs rely upon the accompanying memorandum of law submitted herewith.

Attached hereto as Exhibit A is a copy of the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice (and its exhibits).

Dated: July 18, 2014

Respectfully submitted,

**GOLD BENNETT CERA & SIDENER LLP**

By: s/Thomas C. Bright
Thomas C. Bright

-and-

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen

Attorneys for Lead Plaintiffs
and All Other Similarly Situated

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2014.

                            s/Thomas C. Bright
                            Thomas C. Bright