UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2768-PSG (SSx) | Date | September 8, 2014 |
|---|---|---|---|
| Title | IN RE: CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tom Bright | Not Present |

**Proceedings:**   LEAD PLANTIFFS' MOTION FOR 1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BETWEEN LEAD PLAINTIFFS AND DEFENDANTS A) MALONEBAILEY, LLP.; B) WESTPARK CAPITAL, INC. AND RICHARD A. RAPPAPORT, AND C) KEMPISTY & COMPANY, P.C., AND II) APPROVAL OF NOTICE TO THE CLASS
FILED 07-18-14 (DOC. 255)

Having considered all papers submitted, the Court takes the motion Under Submission.

Further, the Court orders Plaintiff to submit a brief addressing the Court's concerns regarding settlement and attorney's fees.

|   | : | 08 |
|---|---|---|
| Initials of Preparer | wh | |