| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | GOLD BENNETT CERA & SIDENER LLP<br>Solomon B. Cera (SBN 99467)<br>Thomas C. Bright (SBN 169713)<br>595 Market Street, Suite 2300<br>San Francisco, California 94105<br>Telephone: (415) 777-2230<br>scera@gbcslaw.com<br>tbright@gbcslaw.com |
| 6 | -and- |
| 7<br>8<br>9<br>10 | THE ROSEN LAW FIRM, P.A.<br>Laurence M. Rosen (SBN 219683)<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone: (213) 785-2610<br>lrosen@rosenlegal.com |
| 11 | Attorneys for Lead Plaintiffs<br>and All Others Similarly Situated |

E-FILED- 9/18/14
LINK #258

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-cv-02768-PSG (SSx)<br><br>[~~PROPOSED~~] **ORDER FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC.** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge:     Hon. Philip S. Gutierrez<br><br>Date:      September 22, 2014<br>Time:      1:30 p.m.<br>Courtroom: 880 - Roybal |

1  WHEREAS the Defendant, China Intelligent Lighting And Electronics, Inc.
2  having failed to appear, plead or otherwise defend in this action, and default having
3  been entered against it on January 16, 2014 (ECF No. 241);

4  WHEREAS Plaintiffs Perritt Emerging Opportunities Fund, Acerco SA and
5  Antoine de Sejournet ("Plaintiffs")  were appointed Class Representatives and a
6  Class of "All persons and entities who purchased or otherwise acquired the
7  common stock of China Intelligent Lighting and Electronics, Inc. ("CIL" or the
8  "Company") pursuant or traceable to two (2) separate Registration Statements and
9  three (3) accompanying Prospectuses filed with the U.S. Securities and Exchange
10 Commission ("SEC") by CIL," was certified on October 25, 2013 (ECF No. 236);

11 WHEREAS Plaintiffs and the Class having requested judgment against the
12 defaulted defendant and having filed a proper motion and declarations in
13 accordance with Federal Rule of Civil Procedure 55;

14 WHEREAS, the Court, having received and reviewed Plaintiffs' Motion for
15 Entry of Judgment by Default Against Defendant China Intelligent Lighting and
16 Electronics, Inc.;

17 THE COURT HEREBY ORDERS AS FOLLOWS:

18 Default Judgment is entered against Defendant China Intelligent Lighting
19 And Electronics, Inc. and Plaintiffs and the Class shall recover from Defendant
20 China Intelligent Lighting and Electronics, Inc. the amount of $8,443,364.87, in
21 compensatory damages, plus post judgment interest at the rate of ___% per annum,
22 along with costs.

23

24 Dated: September 18, 2014

25 **PHILIP S. GUTIERREZ**
26 _____
27     Honorable Philip S. Gutierrez
       U.S. District Court Judge
28

1