GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (SBN 99467)
Thomas C. Bright (SBN 169713)
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
scera@gbcslaw.com
tbright@gbcslaw.com

-and-

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
lrosen@rosenlegal.com

Attorneys for Lead Plaintiffs
and All Others Similarly Situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-cv-02768-PSG (SSx) **LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND PLAN OF ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date:         March 9, 2015<br>Time:         1:30 p.m.<br>Courtroom: 880<br>Judge:        Hon. Philip S. Gutierrez |

LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENTS
AND PLAN OF ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES –
Case No.:2:11-cv-02768-PSG (SSx)

PLEASE TAKE NOTICE that on March 9, 2015 at 1:30 p.m. before the Honorable Philip S. Gutierrez in Courtroom 880, United States District Court for the Central District of California, Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, 90012, Lead Plaintiffs Perritt Emerging Opportunities Fund, Acerco SA, and Antoine de Sejournet (collectively, "Lead Plaintiffs") will and hereby move for an order finally approving Settlements and Plan of Allocation, and awarding Lead Counsel attorneys' fees and expenses incurred in the prosecution of the litigation, as well as payment of notice and administration expenses.  This motion is based upon the Memorandum of Law in Support of Motion for Award of Attorneys' Fees and Expenses filed herewith; the Declaration of Thomas C. Bright and Laurence M. Rosen in Support of Final Approval of Settlement, Plan of Allocation, and Application for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the Declaration of Carole Sylvester, and all other pleadings and matters of record, and such additional evidence and testimony as may be presented at the hearing.

Dated: February 9, 2015

Respectfully submitted,

**GOLD BENNETT CERA & SIDENER LLP**

By: s/Thomas C. Bright
Thomas C. Bright

-and-

**THE ROSEN LAW FIRM, P.A.**
By: s/Laurence M. Rosen
Laurence M. Rosen

Attorneys for Lead Plaintiffs
and All Other Similarly Situated

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 9, 2015.

                                 s/Thomas C. Bright
                                 Thomas C. Bright