1  CERA LLP
   Solomon B. Cera (SBN 99467)
2  Thomas C. Bright (SBN 169713)
   595 Market Street, Suite 2300
3  San Francisco, California 94105
   Telephone: (415) 777-2230
4  scera@cerallp.com
   tbright@cerallp.com
5
6  -and-

7  THE ROSEN LAW FIRM, P.A.
   Laurence M. Rosen (SBN 219683)
8  355 South Grand Avenue, Suite 2450
   Los Angeles, California 90071
9  Telephone: (213) 785-2610
   lrosen@rosenlegal.com
10
   Attorneys for Lead Plaintiffs
11 and All Others Similarly Situated

12

13                   UNITED STATES DISTRICT COURT

14                  CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| IN RE CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. SECURITIES LITIGATION | Case No.: 2:11-cv-02768-PSG (SSx) **LEAD PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND PLAN OF ALLOCATION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date: March 9, 2015<br>Time: 1:30 p.m.<br>Courtroom: 880<br>Judge: Hon. Philip S. Gutierrez |

LEAD PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND PLAN OF ALLOCATION – Case No.:2:11-cv-02768-PSG (SSx)

Lead Plaintiffs are pleased to advise the Court that no objections have been filed to the proposed Settlements. Any objections were due by February 16, 2015 and none have been received by either Lead Plaintiffs' Co-Counsel or the Claims Administrator. In addition, no requests for exclusion have been received.

Dated: March 2, 2015

Respectfully submitted,

**CERA LLP**

By: s/Thomas C. Bright
Thomas C. Bright

-and-

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen

Attorneys for Lead Plaintiffs
and All Other Similarly Situated

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2015.

<u>s/Thomas C. Bright</u>
Thomas C. Bright