1  CERA LLP
   Solomon B. Cera (SBN 99467)
2  Thomas C. Bright (SBN 169713)
   595 Market Street, Suite 2300
3  San Francisco, California 94105
   Telephone: (415) 777-2230
4  scera@cerallp.com
   tbright@cerallp.com
5
6  -and-

7  THE ROSEN LAW FIRM, P.A.
   Laurence M. Rosen (SBN 219683)
8  355 South Grand Avenue, Suite 2450
   Los Angeles, California 90071
9  Telephone: (213) 785-2610
   lrosen@rosenlegal.com
10
   Attorneys for Lead Plaintiffs
11 and All Others Similarly Situated

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16 | IN RE CHINA INTELLIGENT           | Case No.: 2:11-cv-02768-PSG (SSx)
17 | LIGHTING AND ELECTRONICS, INC.    |
   | SECURITIES LITIGATION             | **LEAD PLAINTIFFS' REPLY**
18 |                                   | **MEMORANDUM IN SUPPORT**
19 |                                   | **OF FINAL APPROVAL OF CLASS**
   |                                   | **ACTION SETTLEMENTS AND**
20 |                                   | **PLAN OF ALLOCATION**
21 | THIS DOCUMENT RELATES TO:         | Date:       March 9, 2015
   | ALL ACTIONS                       | Time:       1:30 p.m.
22 |                                   | Courtroom:  880
23 |                                   | Judge:      Hon. Philip S. Gutierrez

24
25
26
27
28

Lead Plaintiffs are pleased to advise the Court that no objections have been filed to the proposed Settlements. Any objections were due by February 16, 2015 and none have been received by either Lead Plaintiffs' Co-Counsel or the Claims Administrator. In addition, no requests for exclusion have been received.

Dated: March 2, 2015

Respectfully submitted,

**CERA LLP**

By: s/Thomas C. Bright
Thomas C. Bright

-and-

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen

Attorneys for Lead Plaintiffs
and All Other Similarly Situated

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2015.

s/Thomas C. Bright
Thomas C. Bright