UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-2768-PSG (SSx) | Date | March 9, 2015 |
|---|---|---|---|
| Title | IN RE: CHINA INTELLIGENT LIGHTING AND ELECTRONICS, INC. | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Tom Bright | Julie Kamps<br>Elizabeth Minerd<br>Carey Moorehead<br>Jon Sterns |

**Proceedings:**   1. FAIRNESS HEARING

LEAD PLAINTIFFS'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
FILED 02-09-15 (DOC. 271)

Having considered all papers submitted and the oral argument presented today, the Court dismisses the case for failure to prosecute case, and advises that an Order will be issued today.

: 01

Initials of Preparer   wh